# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TOMAS RODRIQUEZ & ROBIN R. RODRIQUEZ　　　　　　　　　　　Case Number: 07-70884
901 - 13TH STREET　　　　　　　　SSN-xxx-xx-3002 & xxx-xx-1507
ROCKFORD, IL  61104

Case filed on:　　4/16/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $600.00　　　　　Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY DAVID H CARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DAVID TOWNS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | LITTON LOAN SERVICING, L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | TOMAS RODRIQUEZ | 0.00 | 0.00 | 600.00 | 0.00 |
| 999 | TOMAS RODRIQUEZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 600.00 | 0.00 |
| 001 | CHASE HOME FINANCE | 92,309.47 | 0.00 | 0.00 | 0.00 |
| 002 | CHASE HOME FINANCE | 9,308.24 | 6,650.00 | 0.00 | 0.00 |
|  | Total Secured | 101,617.71 | 6,650.00 | 0.00 | 0.00 |
| 003 | COMED CO | 692.94 | 429.62 | 0.00 | 0.00 |
| 004 | CREDITORS PROTECTION SERVICE, INC | 154.43 | 95.75 | 0.00 | 0.00 |
| 005 | CURRYS AUTO REPAIR | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DANE CO. FAMILY COURT COUNSELING | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FORE MOST INS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DANE COUNTY CLERK OF CIRCUIT COURT | 200.00 | 124.00 | 0.00 | 0.00 |
| 010 | HILLCREST ANIMAL CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INSIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | JOHN HANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | OSI COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SECURITY FINANCE | 1,048.56 | 650.11 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT SERVICES | 1,998.99 | 1,239.37 | 0.00 | 0.00 |
| 017 | WORLD ACCEPTANCE CORPORATION | 1,895.90 | 1,175.46 | 0.00 | 0.00 |
| 018 | CAPITAL ONE | 1,186.70 | 735.75 | 0.00 | 0.00 |
| 019 | DAVID TOWNS | 2,687.81 | 1,666.44 | 0.00 | 0.00 |
|  | Total Unsecured | 9,865.33 | 6,116.50 | 0.00 | 0.00 |
|  | Grand Total: | 111,483.04 | 12,766.50 | 600.00 | 0.00 |

Total Paid Claimant:　　$600.00
Trustee Allowance:　　$0.00
Percent Paid Unsecured:　　0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007　　　　　　By  /s/Heather M. Fagan